**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · ATLANTA
LOS ANGELES · PHILADELPHIA

**MEMO ENDORSED**

David A. Rosenfeld
drosenfeld@csgrr.com

September 4, 2009

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, NY 10007

VIA HAND DELIVERY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-09

Re: *Burzotta v. Manulife Financial Corp.*, Case No. 09-cv-6185

Dear Judge Keenan:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). This motion must be made no later than 60 days following the publication of the first notice advising investors of the pendency of this action. 15 U.S.C. §§78u-4(a)(3)(A) and (B). Here, notice was issued on July 10, 2009, and, pursuant to the PSLRA, our client(s) must file a motion no later than Tuesday, September 8, 2009.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-conference motion with the court is required before making any motion." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that, in accordance with your Honor's Individual Practices, we may serve our motion on September 8, 2009.

Respectfully submitted,

DAVID A. ROSENFELD

cc: Attached Service List (via Fax)

The application is granted.

SO ORDERED.

Dated:   New York, New York
         September 8, 2009

John F. Keenan
U.S.D.J.

58 South Service Road, Suite 200 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com