UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE BURZOTTA, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>MANULIFE FINANCIAL CORPORATION, et al.,<br><br>                        Defendants. | Civil Action No. 1:09-cv-06185-JFK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING THE TRUST FUNDS AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-09

Having considered the Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Western Washington Laborers-Employers Pension Trust and the California Ironworkers Field Pension Trust's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B) and §78u-4(a)(3)(B), appoints Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Western Washington Laborers-Employers Pension Trust and the California Ironworkers Field Pension Trust as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and §78u-4(a)(3)(B)(v), the law firm of Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
THE HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

Document1