Keenan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
                                 :   Master File No. o. 1:09 CIV 06185-JFK
In re MANULIFE FINANCIAL CORP.   :
SECURITIES LITIGATION            :   CLASS ACTION
                                 :
                                 :
---------------------------------x

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NUMBER 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-09
```

WHEREAS, on November 2, 2009, this Court entered an Order appointing Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Western Washington Laborers-Employers Pension Trust and the California Ironworkers Field Pension Trust as Lead Plaintiff and approving their selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel for the class; and

WHEREAS, the parties have conferred and propose the following schedule for the filing of a consolidated amended complaint and subsequent briefing on Defendants' anticipated motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file its consolidated amended complaint on or before December 15, 2009;

2. Defendants shall file their motion to dismiss or otherwise respond to the consolidated amended complaint on or before January 29, 2010;

3. Lead Plaintiff shall serve any opposition to Defendants' motion to dismiss the consolidated amended complaint on or before March 15, 2010; and

4. Defendants shall serve any reply to Lead Plaintiff's opposition to Defendants' motion to dismiss on or before April 15, 2010.

DATED: November 17, 2009         COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                  SAMUEL H. RUDMAN
                                  DAVID A. ROSENFELD
                                  ERIN W. BOARDMAN

                                  _____
                                  DAVID A. ROSENFELD

- 1 -

                                                58 South Service Road, Suite 200
                                                Melville, NY 11747
                                                Telephone: 631/367-7100
                                                631/367-1173 (fax)

                                                Lead Counsel for Plaintiff

DATED: November 17, 2009          DEBEVOISE & PLIMPTON, LLP
                                                EDWIN G. SCHALLERT
                                                GARY W. KUBEK
                                                SCOTT N. AUBY

                                                _____
                                                     GARY W. KUBEK

                                                919 Third Avenue
                                                New York, NY 10022
                                                Telephone: 212/909-6000
                                                212/909-6836 (fax)

                                                Attorneys for Defendants

IT IS SO ORDERED.

DATED: 11/18/09           _____
                                THE HONORABLE JOHN F. KEENAN
                                UNITED STATES DISTRICT JUDGE