DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Gary W. Kubek
Partner
Tel 212 909 6267
Fax 212 909 6836
gwkubek@debevoise.com





February 3, 2010

BY HAND

Hon. John F. Keenan
United States District Court
United States Courthouse
500 Pearl Street, Room 1930
New York, NY 10007-1312

**In re Manulife Financial Corp. Securities Litigation,
Master File No. 1:09-CV-06185-JFK**

Dear Judge Keenan:

I am counsel for defendants, but am writing on behalf of all parties. In light of the multiple issues to be addressed in connection with defendants' upcoming motion to dismiss the 65-page Amended Class Action Complaint, the parties respectfully request that the Court extend the page limit for the memoranda of law in support of and in opposition to the motion from 25 to 35 pages. Counsel are of course available if the Court has any questions.

Thank you for your consideration of this request.

Respectfully yours,

Gary W. Kubek

cc: David A. Rosenfeld, Esq. (by email)
Coughlin Stoia Geller Rudman & Robbins LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2-4-10

The application is granted.

SO ORDERED.

Dated: New York, N.Y.
       February 4, 2010

John F. Keenan
U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai