**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
In re MANULIFE FINANCIAL CORP.      )     1:09-cv-06185-JFK
SECURITIES LITIGATION           )
                                )     ECF Case
                                )
                                )
———————————————————————x

## NOTICE OF MANULIFE FINANCIAL CORP.'S MOTION
## TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

Declaration of Scott N. Auby, the exhibits attached thereto, and all prior pleadings in this

action, defendants Manulife Financial Corp., Dominic D'Alessandro, and Peter

Rubenovitch hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and

12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to

dismiss the Amended Class Action Complaint.

23135487

Dated:  February 12, 2010

DEBEVOISE & PLIMPTON LLP

By:

/s/ Gary W. Kubek
Edwin G. Schallert
Gary W. Kubek
Stuart C. Naifeh
Julie S. Suh
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
egschall@debevoise.com
gwkubek@debevoise.com
snaifeh@debevoise.com
jssuh@debevoise.com

Scott N. Auby
555 13th Street NW, Suite 1100E
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
snauby@debevoise.com

*Attorneys for Defendants*

23135487