Keenan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

In re MANULIFE FINANCIAL CORP. : Master File No. 1:09-cv-06185-JFK
SECURITIES LITIGATION :
: CLASS ACTION
---------------------------------------
: STIPULATION AND [PROPOSED]
This Document Relates To: : SCHEDULING ORDER
:
ALL ACTIONS. :
:
:
---------------------------------------x

RECEIVED

September 12, 2011

JUDGE KEENAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-11

WHEREAS, on May 23, 2011, this Court entered an Opinion and Order (the "Opinion") granting Defendants' motion to dismiss and granting Lead Plaintiffs leave to file a second amended complaint within sixty (60) days from the date the Opinion was entered on the docket; and providing Defendants forty-five (45) days after service of the second amended complaint to answer or respond;

WHEREAS, on July 22, 2011, Lead Plaintiffs filed their Second Amended Complaint (the "Second Complaint");

WHEREAS, on September 2, 2011, Defendants served Lead Plaintiffs with a motion to dismiss the Second Complaint;

WHEREAS, the Opinion did not provide an extended briefing schedule for Lead Plaintiffs and Defendants to serve their respective opposition and reply briefs; and

WHEREAS, the parties have conferred and agreed upon the following schedule: Lead Plaintiffs will serve their opposition to the motion to dismiss on or before October 17, 2011; and Defendants will serve their reply on or before November 16, 2011;

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Lead Plaintiffs shall serve any opposition to Defendants' motion to dismiss the Second Complaint on or before October 17, 2011; and

2. Defendants shall serve any reply to Lead Plaintiffs' opposition to Defendants' motion to dismiss on or before November 16, 2011.

DATED: September 9, 2011   ROBBINS GELLER RUDMAN & DOWD LLP
                           SAMUEL H. RUDMAN
                           DAVID A. ROSENFELD
                           ERIN W. BOARDMAN

                           _____
                           DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

*Lead Counsel for Plaintiffs*

DATED: September 7, 2011

DEBEVOISE & PLIMPTON, LLP
EDWIN G. SCHALLERT
GARY W. KUBEK
STUART NAIFEH
PETER J. KIM

_____
GARY W. KUBEK

919 Third Avenue
New York, NY 10022
Telephone: 212/909-6000
212/909-6836 (fax)
egschall@debevoise.com
gwkubek@debevoise.com
snaifeh@debevoise.com
pjkim@debevoise.com

DEBEVOISE & PLIMPTON, LLP
SCOTT N. AUBY
555 13th Street NW, Suite 1100E
Washington, DC 20004
Telephone: 202/383-8000
202/383-8118 (fax)
snauby@debevoise.com

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: New York, N.Y.
September 13, 2011

_____
THE HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE