**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————————x
In re MANULIFE FINANCIAL CORP.          )          1:09-cv-06185-JFK
SECURITIES LITIGATION                   )
                                        )          ECF Case
                                        )
                                        )
—————————————————————————x

DECLARATION OF STUART C. NAIFEH, ESQ. IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

I, STUART C. NAIFEH, ESQ., declare as follows:

1.      I am an associate  with Debevoise & Plimpton LLP, which represents Defendants

Manulife Financial Corporation ("Manulife"), Dominic D'Alessandro, and Peter Rubenovitch in

this matter.  I am admitted to practice before this Court.  I submit this Declaration in support of

Defendants' Motion to Dismiss the Second Amended Complaint to provide the Court with a

copy of a document of which the Court may take judicial notice.

2.      **Exhibit 1** is a true and accurate copy of the Slide Presentation provided during

Manulife's Fourth Quarter 2008 conference call with analysts and other investors on February

12, 2009, which was obtained from and is available at Manulife's website

(http://www.manulife.com/public/files/203/1/Q4Slides2008.pdf).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY                    /s/ Stuart C. Naifeh
September 2, 2011

                                       STUART C. NAIFEH
                                       Debevoise & Plimpton LLP
                                       919 Third Avenue
                                       New York, NY 10022
                                       (212) 909-6000 (phone)
                                       (212) 909-6836 (fax)
                                       snaifeh@debevoise.com

                                       *Attorney for Defendants*