USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: MANULIFE FINANCIAL CORPORATION
SECURITIES LITIGATION

09 CIVIL 6185 (JFK)

-----------------------------------------------------------X
This document relates to all actions.

**JUDGMENT**

-----------------------------------------------------------X

Defendants having moved to dismiss the Second Amended Complaint ("SAC") pursuant to Fed. R. Civ. P. 12, and the matter having come before the Honorable John F. Keenan, United States District Judge, and the Court, on September 19, 2012, having rendered its Opinion and Order granting Defendants' motion to dismiss the SAC with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2012, Defendants' motion to dismiss the SAC is granted with prejudice.

**Dated:** New York, New York
September 20, 2012

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____